IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD C. LAPENSOHN, ET AL | : |
| Plaintiffs, | : CIVIL ACTION NO. 13- |
| v. | : |
| FIREMAN'S FUND INSURANCE COMPANY, ET AL | : |
| Defendants. | : |

## DEFENDANT NATIONAL SURETY CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant National Surety Corporation, an Illinois corporation, hereby discloses that it is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz of America, Inc., a Delaware corporation. Allianz of America, Inc. is a wholly owned subsidiary of Allianz Europe B.V., a private limited liability company registered in the Netherlands, which is a wholly owned subsidiary of Allianz SE, a European Company.

Allianz SE is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company (and its subsidiaries, including National Surety Corporation).

                                      Respectfully submitted,

Dated: February 8, 2013                    /s/ Amy L. Piccola
                                      Joseph C. Monahan
                                      Amy L. Piccola
                                      Attorney ID Nos. 87173, 208888
                                      Saul Ewing LLP
                                      Centre Square West, 38th Floor
                                      1500 Market Street
                                      Philadelphia, PA 19102
                                      (215)972-7777
                                      *Attorneys for Defendants Fireman's Fund*
                                        *Insurance Company & National Surety*
                                        *Corporation*

1445826.1 02/07/2013

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served via First Class Mail, upon the following:

Alan Fellheimer, Esquire
Christopher Hapka, Esquire
Fellheimer & Eichen LLP
Two Liberty Place
50 S. 16th Street, Suite 3401
Philadelphia, PA  19102
*Attorneys for Plaintiffs*

William J. Taylor, Esquire
Kristi Buchholz, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
Independence Sq. West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308
*Attorneys for Defendant
KEH Insurance Agency, Inc.*

/s/ Amy L. Piccola
Amy L. Piccola

Dated:  February 8, 2013